———o———

Wm. Evans, *et al.*, Appellants, *vs.* Jas. Russell, *et al.*, Respondents.

1. *Judgment for costs—Appeal.*—A judgment for costs is not a final one from which appeal will lie.

*Appeal from St. Clair County Circuit Court.*

*C. B. Nelson and G. B. Gantt*, for Appellants.

*LaDue, Vance & Fyke*, for Respondents.

Hough, Judge, delivered the opinion of the court.

There is no final judgment in this case. The judgment which appears in the transcript is one for costs only, and is not a final determination of the rights of the parties in this action.

We cannot depart from the previous rulings of this court on this subject, and the appeal must therefore be dismissed. The other judges concur, except Judge Vories, who is absent.